# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYH | E2136946 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/07/2025  2046 | MTA 16 116(a) |

**Place of Offense:** Nallin Gate

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Failure of licensee to notify admin of change of address within 30 days

### DEFENDANT INFORMATION

| Last Name | First | MI |
|---|---|---|
| Mattern | James | Michael |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7GC4061 | MD | | Toy/Tac | | Black |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Dr
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E2136946*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 07, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

While working at Nallin Farm Gate, a black in color Toyota Tacoma aproched showing an NIH badge that wasnt registered to the Fort Detrick AIE System. The Card holder James Mattern was informed by LT Kroherski that it needed to be registered. Mattern was then instructed to pull to the side so a day pass could be issued. Mattern showed a TX drivers license # 21154194, it was discovered that he was a resident and failed to change his address and obtain a proper MD DL. Mattern was very argumentative the entire stop. He was issued a CVB and explained what he needed to do.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/07/2025  [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident